# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

ANTHONY BROWN,

    Petitioner,

v.                                 CASE NO. 4:06cv525-RH/WCS

ALBERT GONZALEZ, et al.,

    Respondents.

_____/

## ORDER DENYING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 17), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "The petition is DENIED without prejudice to the filing of a new petition when petitioner has acted in good faith to obtain travel or other necessary documents and when petitioner in good faith has provided relevant reasonably obtainable information, thus not preventing

or hampering his departure."

SO ORDERED this 23d day of September, 2007.

s/Robert L. Hinkle  
Chief United States District Judge

*Case No: 4:06cv525-RH/WCS*